FILED IN
COURT OF CRIMINAL APPEALS

August 11, 2015

ABEL ACOSTA, CLERK

PD-0547_0550-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/7/2015 5:09:56 PM
Accepted 8/11/2015 2:11:53 PM
ABEL ACOSTA
CLERK

PD-0547-15
PD-0548-15
PD-0549-15
PD-0550-15

IN THE COURT OF
CRIMINAL APPEALS OF TEXAS

DAVID ALLEN RUSSELL                  APPELLANT

v.

THE STATE OF TEXAS                  APPELLEE

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING OF DENIAL OF PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

COMES NOW Appellant, DAVID ALLEN RUSSELL, and pursuant to Rule 10.5(b) and Rule 79.6 of the Texas Rules of Appellant Procedure, and files this Motion to Extend Time to File Motion for Rehearing of Denial of Petition for Discretionary Review. In support of said motion, the Defendant would show as follows:

I.

On January 29, 2015, the Court of Appeals for the Thirteenth District of Texas affirmed the judgment in David Allen Russell v. State of Texas, Cause Nos. 13-13-00372-CR, 13-13-00373-CR, 13-13-00374-CR, and 13-13-00375-CR. Defendant Russell filed a Petition for Discretionary Review on May 12, 2015. The Petition for Discretionary Review was refused on July 29, 2015.

II.

The Motion for Rehearing for Denial of Petition for Discretionary Review is due on August 13, 2015. The Appellant has not requested previous extensions in which to file Motion. The undersigned counsel has spoken to the opposing counsel, John Rolater and he is not opposed to the motion.

---

## III.

Undersigned counsel is still in the process of reviewing the court's denial of Petition for Discretionary Review. Additionally, undersigned counsel needs additional time to meet with client who is incarcerated at Estelle Unit, located in Huntsville, Texas. Therefore, undersigned counsel would request a 14 day extension to file Motion for Rehearing for Denial of Petition for Discretionary Review to August 27, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant prays the court grant this motion and allow the Motion for Rehearing for Denial of Petition for Discretionary Review to be filed on August 27, 2015.

Respectfully submitted,

DE LA GARZA LAW FIRM, PC


s/ Rafael De La Garza
RAFAEL DE LA GARZA
TEXAS BAR CARD #00789251
3941 Legacy Drive, Suite 204A 192
Plano, TX 75023
Telephone: 972-424-1234
Facsimile: 866-405-5699
COUNSEL FOR APPELLANT
DAVID ALLEN RUSSELL

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was delivered to Collin County District Attorney's Office, 2100 Bloomdale Rd., McKinney, TX 75071, on this the 7th day of August, 2015.

                                              s/ Rafael De La Garza
                                              Rafael De La Garza